UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

BLANCA ROSA AGUILERA,

    Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 5:24-cv-00575-MAR

[~~PROPOSED~~] JUDGMENT

Having approved the parties' stipulation to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Date: 2/11/26

_____

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

-1-